UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHARLES M. WITTER, V, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-8-RLW |
| MOBERLY CORRECTIONAL CENTER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff Charles M. Witter's letter to the Clerk of Court dated February 11, 2020. (ECF. No. 4). Therein, plaintiff asks the Court to not "file for the civil suit, and just shred it and [he will] start from scratch on the filing process." Plaintiff states he would like to "refile the documents" at a later time. The Court construes plaintiff's letter as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will order the dismissal of this case, without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that all pending motions (ECF Nos. 2 and 3) are **DENIED** as moot.

Dated this 1st day of May, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE